FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2007 MAY 24 PM 2: 30

CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| RAINER RICHARD KUNERT, | ) |
| Petitioner, | ) |
| v. | ) CV 306-096 |
| MICHAEL V. PUGH, Warden, | ) |
| Respondent. | ) |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, the petition is **DISMISSED**, this civil action shall be **CLOSED**, and a final judgment shall be **ENTERED** in favor of Respondent.

SO ORDERED this 24th day of May, 2007.

_____
JOHN F. NANGLE
UNITED STATES DISTRICT JUDGE